IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOROTHY BYRD, EDWARD CHEW, PATRICIA BRYANT, and WANDA DOREEN DAVIS, : : : | | |
| Plaintiffs, : | | CIVIL ACTION |
| v. : | | NO. 12-4520 |
| : | | |
| CITY OF PHILADELPHIA, and BARBARA A. DEELY, : : | | |
| Defendants. : | | |

# O R D E R

**AND NOW**, this 22nd day of October, 2013, upon consideration of Defendants' Partial Motion to Dismiss (Docket No. 3) and Plaintiffs' Opposition thereto (Docket No. 4), it is hereby **ORDERED** that Defendants' Motion is **GRANTED in part**, and **DENIED in part** as follows:

1. Defendants' Motion is **GRANTED** as to Count II regarding Plaintiffs' allegations of disparate impact, and those allegations are **DISMISSED without prejudice**.

2. Defendants' Motion is **GRANTED** as to Count III, and Count III is **DISMISSED without prejudice**.

3. Defendants' Motion is **GRANTED** as to Count V, and Plaintiff Chew is **DISMISSED with prejudice**, and Plaintiff Bryant is **DISMISSED without prejudice**.

4. Defendants' Motion is **GRANTED** as to Count VII, and Plaintiff Chew is **DISMISSED with prejudice**, and Plaintiff Bryant is **DISMISSED without prejudice**.

5. Plaintiffs may file an amended complaint no later than 14 days from the date of this order.

1

        BY THE COURT:

        <u>S/Gene E.K. Pratter</u>
        GENE E.K. PRATTER
        UNITED STATES DISTRICT JUDGE