IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOROTHY BYRD et al.** | : | |
| *Plaintiffs*, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA et al.,** | : | |
| *Defendants*. | : | **No. 12-4520** |
| | : | |

## ORDER

**AND NOW**, this 6th day of November, 2014, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 17), Plaintiffs' Response in Opposition (Docket No. 19), and Defendants' Reply Brief (Docket No. 21), for the reasons set forth in the Court's Memorandum Opinion of even date, **the Court hereby ORDERS AND DECREES** that:

1. Defendants' Motion for Summary Judgment (Docket No. 17) is **GRANTED**;

2. Defendants' Motions in Limine (Docket Nos. 29-33) are **DEEMED MOOT**;

3. The captioned case is **DISMISSED**; and

4. The Clerk of Court shall **MARK THIS CASE CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge